**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| PULL-A-PART, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD L. CARSON, individually, and BUDDY'S AUTOMALL, LLC, a Missouri limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _______________ |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

**COMES NOW** Plaintiff, Pull-A-Part, LLC by and through its attorneys, Carnahan, Evans, Cantwell & Brown, P.C., and pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, submits the following disclosure of corporate interests:

1. The parent companies of the corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   N/A

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

Respectfully submitted,

CARNAHAN, EVANS, CANTWELL
& BROWN, P.C.

By */s/* John E. Price
John E. Price
Missouri Bar No. 28150

CARNAHAN, EVANS, CANTWELL
& BROWN, P.C.
2805 S. Ingram Mill Road
P.O. Box 10009
Springfield, MO 65808-0009
Phone: (417) 447-4400
Fax: (417) 447-4401
Email: jprice@cecb.com
*Attorneys for Plaintiff Pull-A-Part, LLC*

(*Of Counsel*)

ARNALL GOLDEN GREGORY LLP

Anuj Desai | Ga Bar No. 193889

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
404.873.8500 [TEL]
404.873.8501 [FAX]

*Attorneys for Plaintiff Pull-A-Part, LLC*

CAM/15979-001/515496.doc
8/8/2014 3:15 PM